DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**EDITH HEPBURN,**
Appellant,

v.

**CEDRICK D. HEPBURN,** et al.,
Appellees.

No. 4D19-2192

[May 28, 2020]

Appeal from the Circuit Court for the Nineteenth Judicial Circuit, St. Lucie County; Lawrence Michael Mirman, Judge; L.T. Case No. 562016CA001075.

Justin R. Infurna of The Infurna Law Firm, Orlando, for appellant.

Samuel B. Spinner and Hinda Klein of Conroy Simberg, Hollywood, for appellee Cedrick D. Hepburn.

PER CURIAM.

*Affirmed.*

LEVINE, C.J., DAMOORGIAN and KUNTZ, JJ., concur.

\*      \*      \*

***Not final until disposition of timely filed motion for rehearing.***